# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| STORE CAPITAL ACQUISITIONS, LLC, et al. | § § § § § § § § § | |
| v. | | CIVIL ACTION NO. 3:21-CV-01675-S |
| LOUISIANA CRAB SHACK WACO, LLC, et al. | | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** the Motion for Default Judgment as to Defendants Louisiana Crab Shack Waco, LLC and Lap Duong [ECF No. 11].

**SO ORDERED.**

SIGNED August 12, 2022.

_____
**UNITED STATES DISTRICT JUDGE**